MELVIN R. GOLDMAN (BAR NO. 34097)
TERRI GARLAND (BAR NO. 169563)
D. ANTHONY RODRIGUEZ (BAR NO. 162587)
MARGARET L. WU (BAR NO. 184167)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: (415) 268-7000
Telefacsimile: (415) 268-7522
mwu@mofo.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re HARMONIC, INC.<br><br>SECURITIES LITIGATION<br><br>_____<br><br>This Document Relates To:<br><br>ALL ACTIONS | Master File No.  C-00-2287 PJH<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING ANSWER TO THIRD CONSOLIDATED AMENDED COMPLAINT** |

1    WHEREAS, on December 11, 2006, this Court issued an order granting in part and denying

2   in part Defendants' Motion to Dismiss and Motion to Strike Specified Allegations in Third

3   Consolidated Amended Complaint;

4    WHEREAS, the Court has set a case management conference in this action for January 25,

5   2007; and

6    WHEREAS, Plaintiffs have agreed to Defendants' request for an extension to answer the

7   Third Consolidated Amended Complaint;

8    IT IS HEREBY STIPULATED AND AGREED by and among the parties, through their

9   respective counsel of record, that Defendants will have until January 24, 2007, to answer the Third

10   Consolidated Amended Complaint.

11    IT IS SO STIPULATED.

12                                    Submitted by:

13                                    MORRISON & FOERSTER LLP

14                                    /s/ Margaret L. Wu

15   Dated: December 18, 2006
                                          Counsel for Defendants Harmonic, Inc., Anthony
16                                        J. Ley, Robin N. Dickson, Moshe Nazerathy,
                                          Floyd Kvamme, David Lane, Barry Lemieux,
17                                        and Michel Vaillaud

18                                    LERACH COUGHLIN STOIA GELLER RUDMAN &
                                      ROBBINS LLP
19
                                      /s/ Reed Kathrein
20   Dated: December 18, 2006

21                                    BARRACK, RODOS & BACINE

22                                    SCHIFFRIN & BARROWAY LLP

23                                    SCHOENGOLD, SPORN, LAITMAN & LOMETTI,
                                      P.C.
24                                        Co-Lead Counsel for Plaintiffs

25

26    I, Margaret L. Wu, am the ECF User whose ID and password are being used to file this

27   Stipulation and [Proposed] Order Regarding Answer to Third Consolidated Amended Complaint.

28

1    In compliance with General Order 45, X.B., I hereby attest that Reed Kathrein of Lerach Coughlin

2    Stoia Geller Rudman & Robbins LLP has concurred in this filing.

3                                    **[~~PROPOSED~~] ORDER**

4    PURSUANT TO STIPULATION, IT IS SO ORDERED.

5

6                                                _____

7    Dated: _____December 21_____, 2006          Honorable Phyllis J. Hamilton
                                                  United States District Judge
8

9                                                IT IS SO ORDERED

10                                               Judge Phyllis J. Hamilton

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING                  3
ANSWER TO THIRD CONSOLIDATED AMENDED COMPLAINT
MASTER FILE NO.  C-00-2287 PJH
sf-2243859