| | |
|---|---|
| 1 | MELVIN R. GOLDMAN (Bar No. 34097) |
| | TERRI GARLAND (Bar No. 169563) |
| 2 | D. ANTHONY RODRIGUEZ (Bar No. 162587) |
| | MORRISON & FOERSTER LLP |
| 3 | 425 Market Street |
| | San Francisco, California 94105-2482 |
| 4 | Telephone: 415.268.7000 |
| | Facsimile: 415.268.7522 |
| 5 | Email: drodriguez@mofo.com |

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re HARMONIC INC. | Master File No. C-00-2287-PJH |
| SECURITIES LITIGATION | **CLASS ACTION** |
| | **DEFENDANTS' NOTICE OF SUBSTITUTION OF COUNSEL** |
| This Document Relates To: | |
| ALL ACTIONS | |

DEFENDANTS' NOTICE OF SUBSTITUTION OF COUNSEL
MASTER FILE NO. C-00-2287-PJH
sf-2281754

Please take notice that Margaret L. Wu, currently listed as counsel for Defendants Harmonic Inc., Anthony J. Ley, Robin N. Dickson, Moshe Nazarathy, Floyd Kvamme, David Lane, Barry Lemieux, and Michel Vaillaud ("Defendants"), is no longer with Morrison & Foerster LLP. Ms. Wu's name should therefore be deleted from all service lists for this case, including the ECF e-mail notification list. Defendants add Mia Mazza and Tammy Albarrán of Morrison & Foerster LLP as counsel in this matter. Their business address is Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482. Ms. Mazza's e-mail address is mmazza@mofo.com, and Ms. Albarrán's e-mail is talbarran@mofo.com.

Respectfully submitted,

Dated: March 16, 2007

MELVIN R. GOLDMAN
TERRI GARLAND
D. ANTHONY RODRIGUEZ
MORRISON & FOERSTER LLP

By: /s/ Tammy Albarrán

Attorneys for Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Phyllis J. Hamilton
03/20/07

1
DEFENDANTS' NOTICE OF SUBSTITUTION OF COUNSEL
MASTER FILE NO. C-00-2287-PJH
sf-2281754