UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HARMONIC, INC. SECURITIES LITIGATION, | No. C-00-2287 PJH (JCS) |
| _____/ | **ORDER VACATING SETTLEMENT CONFERENCE** |
| This Document Relates To:<br>ALL ACTIONS | **(E-FILING CASE)** |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter was previously referred to the undersigned for settlement purposes, and a Settlement Conference was subsequently scheduled for May 2, 2007, at 9:30 a.m. Pursuant to correspondence received from defense counsel under date of April 9, 2007, and with the district judge's permission, the parties have chosen to attend a mediation with the Honorable Layn Phillips (Ret.) on May 24, 2007, in lieu of a Settlement Conference on May 2, 2007, with the undersigned.

Therefore, the Settlement Conference previously scheduled for **May 2, 2007, at 9:30 a.m.**, is hereby VACATED.

IT IS SO ORDERED.

Dated: April 19, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge