LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS (213113)
JASON C. DAVIS (*pro hac vice*)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

BARRACK, RODOS & BACINE
STEPHEN R. BASSER (121590)
SAMUEL M. WARD (216562)
402 West Broadway, Suite 850
San Diego, CA 92101
Telephone: 619/230-0800
619/230-1874 (fax)

SCHIFFRIN BARROWAY TOPAZ
  & KESSLER LLP
DAVID KESSLER
ANDREW L. ZIVITZ
MARK S. DANEK
280 King of Prussia Rd.
Philadelphia, PA 19087
Telephone: 610/667-7706
610/667-7056 (fax)

SCHOENGOLD, SPORN, LAITMAN
  & LOMETTI
SAMUEL P. SPORN
CHRISTOPHER LOMETTI
JAY P. SALTZMAN
19 Fulton Street, Suite 406
New York, NY 10038
Telephone: 212/964-0046
212/267-8137 (fax)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re HARMONIC INC. SECURITIES LITIGATION | Master File No. C-00-2287-PJH |
| | CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS | [~~PROPOSED~~] ORDER PURSUANT TO STIPULATION TO WITHDRAW PLAINTIFF GLYNN EMERGING OPPORTUNITY FUND, L.P. AS A NAMED PLAINTIFF AND AS LEAD PLAINTIFF |

1  THIS MATTER came before the Court on stipulation of the parties to Withdraw Plaintiff Glynn Emerging Opportunity Fund, L.P. as a Named Plaintiff and as Lead Plaintiff.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED that Glynn Emerging Opportunity Fund, L.P. is withdrawn as a named plaintiff and Lead Plaintiff without waiving its rights as an absent class member of the putative class.

Dated this __20__ day of April, 2007.



_____
Hon. Phyllis J. Hamilton

[PROPOSED] ORDER PURSUANT TO STIPULATION TO WITHDRAW PLAINTIFF GLYNN EMERGING OPPORTUNITY FUND, L.P. AS A NAMED PLAINTIFF AND AS LEAD PLAINTIFF – C-00-2287-PJH

1