1  LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
2  SHAWN A. WILLIAMS (213113)
   JASON C. DAVIS (*pro hac vice*)
3  100 Pine Street, Suite 2600
   San Francisco, CA  94111
4  Telephone: 415/288-4545
   415/288-4534 (fax)
5  shawnw@lerachlaw.com
   jdavis@lerachlaw.com
6
   BARRACK, RODOS & BACINE
7  STEPHEN R. BASSER (121590)
   SAMUEL M. WARD (216562)
8  402 West Broadway, Suite 850
   San Diego, CA  92101
9  Telephone:  619/230-0800
   619/230-1874 (fax)
10 sbasser@barrack.com
   sward@barrack.com
11                                                     SCHOENGOLD, SPORN, LAITMAN
   SCHIFFRIN BARROWAY TOPAZ                              & LOMETTI, P.C.
12   & KESSLER LLP                                     SAMUEL P. SPORN
   DAVID KESSLER                                       CHRISTOPHER LOMETTI
13 ANDREW ZIVITZ                                       JAY P. SALTZMAN
   MARK S. DANEK                                       19 Fulton Street, Suite 406
14 280 King of Prussia Road                            New York, NY  10038
   Radnor, PA  19087                                   Telephone:  212/964-0046
15 Telephone:  610/667-7706                            212/267-8137 (fax)
   610/667-7056 (fax)                                  sporn@spornlaw.com
16 dkessler@sbtklaw.com                                chris@spornlaw.com
   azivitz@sbtklaw.com                                 jay@spornlaw.com
17 mdanek@sbtklaw.com

18 Co-Lead Counsel for Plaintiffs

19 [Additional counsel appear on signature page.]

20                    UNITED STATES DISTRICT COURT

21                   NORTHERN DISTRICT OF CALIFORNIA

22                        SAN FRANCISCO DIVISION

23
   In re HARMONIC INC. SECURITIES    )   Master File No. C-00-2287-PJH
24 LITIGATION                        )
                                     )   CLASS ACTION
25 _____)
                                     )
26 This Document Relates To:         )   STIPULATION AND [P~~ROPOSE~~D] ORDER
                                     )   REGARDING CLASS CERTIFICATION
27     ALL ACTIONS.                  )
   _____)
28

**STIPULATION**

WHEREAS, on April 18, 2007, Lead Plaintiff Robert Knollenberg ("Knollenberg") and plaintiff Joseph Ivanich ("Ivanich") filed a motion for class certification pursuant to Federal Rule of Civil Procedure 23(b)(3);

WHEREAS, on May 2, 2007 and May 11, 2007, defendants took the depositions of Knollenberg and Ivanich respectively;

WHEREAS, defendants are currently scheduled to file an opposition to plaintiffs' Motion for Class Certification on May 30, 2007;

WHEREAS, the parties have met and conferred concerning the appropriateness of class certification in this action;

WHEREAS, the parties have agreed to provisionally stipulate to the certification of a Class;

WHEREAS, such stipulation shall be without prejudice to any party's right to litigate any issue concerning the merits, including, but not limited to, issues concerning liability, affirmative defenses, and damages;

NOW, THEREFORE, IT IS HEREBY STIPULATED by the parties as follows:

1. Subject to the terms and conditions of this Stipulation and Order, this action is provisionally certified to proceed as a class action pursuant to Federal Rule of Civil Procedure 23(b)(3).

2. The Class shall be defined as follows:

> All persons and entities who, (1) were shareholders of C-Cube MicroSystems, Inc., and, as part of the May 3, 2000 merger of Harmonic and C-Cube, exchanged shares of C-Cube for Harmonic shares that were issued pursuant to the Form S-4 Registration Statement and Joint Proxy Statement/Prospectus filed with the Securities and Exchange Commission on March 23, 2000 ("Form S-4"), or (2) on or before June 26, 2000, purchased or otherwise acquired Harmonic shares that are traceable to shares issued pursuant to the Form S-4. Excluded from the Class are each of the defendants, their directors and officers, members of their immediate families, any entity in which a defendant has a controlling interest, and the heirs, successors, and assigns of any such excluded party.

STIPULATION AND [PROPOSED] ORDER REGARDING CLASS
CERTIFICATION - C-00-2287-PJH                                                              - 1 -

3. For the purposes of this Stipulation, and subject to the independent provisions of paragraph 5 and 7, the parties agree that the Class described in paragraph 2 above satisfies the requirements of Federal Rule of Civil Procedure 23(b)(3).

4. Knollenberg and Ivanich are certified as the representatives of the Class, subject to the provisions of paragraph 5.

5. This Stipulation and Order is entered into without prejudice to the right of any party to move, for good cause shown, to amend, modify, limit, or vacate this Order.

6. Lerach Coughlin Stoia Geller Rudman & Robbins LLP; Schoengold Sporn Laitman & Lometti, P.C.; Schiffrin, Barroway, Topaz & Kessler, LLP; and Barrack, Rodos & Bacine are designated to act as Class Counsel pursuant to Fed. R. Civ. P. 23(g), subject to the provisions of paragraph 5.

7. Notwithstanding any other part of this Stipulation and Order, no defendant waives by entry of this Stipulation and Order, or shall be deemed to have waived by entry of this Stipulation and Order, any right, argument, or position related in any way to (a) any class member's standing; (b) any defendant's alleged liability or affirmative defenses, or (c) alleged damages.

DATED: May 30, 2007

LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
JASON C. DAVIS

                                /s/
            SHAWN A. WILLIAMS

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone: 415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

BARRACK, RODOS & BACINE
STEPHEN R. BASSER

STIPULATION AND [PROPOSED] ORDER REGARDING CLASS
CERTIFICATION - C-00-2287-PJH                                                                              - 2 -

|    |                         |                                                      |
|----|-------------------------|------------------------------------------------------|
| 1  |                         | SAMUEL M. WARD                                       |
|    |                         | 402 West Broadway, Suite 850                         |
| 2  |                         | San Diego, CA  92101                                 |
|    |                         | Telephone:  619/230-0800                             |
| 3  |                         | 619/230-1874 (fax)                                   |
| 4  |                         | SCHIFFRIN BARROWAY TOPAZ                             |
|    |                         |   & KESSLER LLP                                      |
| 5  |                         | DAVID KESSLER                                        |
|    |                         | ANDREW ZIVITZ                                        |
| 6  |                         | MARK S. DANEK                                        |
|    |                         | 280 King of Prussia Road                             |
| 7  |                         | Radnor, PA  19087                                    |
|    |                         | Telephone:  610/667-7706                             |
| 8  |                         | 610/667-7056 (fax)                                   |
| 9  |                         | SCHOENGOLD, SPORN, LAITMAN                           |
|    |                         |   & LOMETTI, P.C.                                    |
| 10 |                         | SAMUEL P. SPORN                                      |
|    |                         | CHRISTOPHER LOMETTI                                  |
| 11 |                         | JAY P. SALTZMAN                                      |
|    |                         | 19 Fulton Street, Suite 406                          |
| 12 |                         | New York, NY  10038                                  |
|    |                         | Telephone:  212/964-0046                             |
| 13 |                         | 212/267-8137 (fax)                                   |
| 14 |                         | Co-Lead Counsel for Plaintiffs                       |
| 15 | DATED:  May 30, 2007    | MELVIN R. GOLDMAN                                    |
|    |                         | TERRI GARLAND                                        |
| 16 |                         | D. ANTHONY RODRIGUEZ                                 |
|    |                         | MATTHEW H. RICE                                      |
| 17 |                         | MORRISON & FOERSTER LLP                              |
| 18 |                         |                                                      |
| 19 |                         |                 /s/                                  |
|    |                         |        D. ANTHONY RODRIGUEZ                          |
| 20 |                         | Attorneys for Defendants                             |
| 21 |                         |                                                      |
| 22 |                         |                                                      |
| 23 |                         |                                                      |
| 24 |                         |                                                      |
| 25 |                         |                                                      |
| 26 |                         |                                                      |
| 27 |                         |                                                      |
| 28 |                         |                                                      |

STIPULATION AND [PROPOSED] ORDER REGARDING CLASS
CERTIFICATION - C-00-2287-PJH                                                          - 3 -

1       *     *     *

2                              **ORDER**

3       The Court having reviewed the May 30, 2007 Stipulation of the parties regarding class certification, IT IS HEREBY ORDERED that a Class is certified under Rule 23(b)(3) of the Federal Rules of Civil Procedure pursuant to the terms and conditions set forth in the Stipulation.

DATED:  5/31/07



THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

T:\casesSF\harmonic\stiP00042373.doc

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | I hereby certify that on May 30, 2007, I electronically filed the foregoing with the Clerk of |
| 3 | the Court using the CM/ECF system which will send notification of such filing to the e-mail |
| 4 | addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have |
| 5 | mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF |
| 6 | participants indicated on the attached Manual Notice List. |
| 7 | I certify under penalty of perjury under the laws of the United States of America that the |
| 8 | foregoing is true and correct.  Executed on May 30, 2007. |

      s/ Shawn A. Williams
      SHAWN A. WILLIAMS

      LERACH COUGHLIN STOIA GELLER
         RUDMAN & ROBBINS LLP
      100 Pine Street, 26th Floor
      San Francisco, CA  94111
      Telephone:  415/288-4545
      415/288-4534 (fax)
      E-mail:ShawnW@lerachlaw.com

# Mailing Information for a Case 3:00-cv-02287-PJH

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Tammy Albarran**
  talbarran@mofo.com mekas@mofo.com

- **Susan K. Alexander**
  SuziA@mwbhl.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Stephen R. Basser**
  sbasser@barrack.com gdiaz@barrack.com;jhaeussler@barrack.com;mgades@barrack.com

- **Jerome F. Birn, Jr**
  jbirn@wsgr.com

- **Hanley Chew**
  hanley.chew@usdoj.gov hanleychew@hotmail.com

- **Patrick J. Coughlin**
  patc@lerachlaw.com e_file_sf@lerachlaw.com

- **Mark S. Danek**
  mdanek@sbtklaw.com dpotts@sbtklaw.com

- **Jason Cassidy Davis**
  jdavis@lerachlaw.com

- **Terri Garland**
  tgarland@mofo.com clementine@mofo.com;bderuiter@mofo.com;tarmaz@mofo.com

- **Edward M. Gergosian**
  egergosian@barrack.com

- **Melvin R. Goldman**
  mgoldman@mofo.com

- **Christopher T. Heffelfinger**
  cheffelfinger@bermanesq.com

- **Kurt Hunciker**
  kurt.hunciker@spornlaw.com

- **Terry T. Johnson**
  tjohnson@wsgr.com fgallardo@wsgr.com;mevenson@wsgr.com;calendar@wsgr.com

- **Reed R. Kathrein**

- reed@hbsslaw.com nancyq@hbsslaw.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **Mia Ann. Mazza**
  mmazza@mofo.com mnelson@mofo.com

- **Matthew P. Montgomery**
  mattm@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Brandon H. Pace**
  brandonpace@paulhastings.com

- **D. Anthony Rodriguez**
  drodriguez@mofo.com rwright@mofo.com

- **Joseph J. Tabacco, Jr**
  jtabacco@bermanesq.com

- **Sylvia Wahba**
  sylviak@hbsslaw.com nancyq@hbsslaw.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;aelishb@lerachlaw.com;moniquew@lerachla

- **Andrew L. Zivitz**
  azivitz@sbclasslaw.com dpotts@sbclasslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Andrew L. Barroway
Schiffrin & Barroway LLP
280 King Of Prussia Road
Radnor, PA 19087

Robert I. Harwood
Harwood Feffer LLP
488 Madison Ave. 8th Floor
New York, NY 10022

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338
```

**David Kessler**
Schiffrin & Barroway LLP
280 King Of Prussia Road
Radnor, PA 19087

**Christopher Lometti**
Schoengold & Sporn, P.C.
19 Fulton Street
Ste 406
New York, NY 10038

**Laura M. Perrone**
Law Offices of Laura M. Perrone PLLC
60 East 42nd Street
New York, NY 10165

**Jay P. Saltzman**
Schoengold & Sporn, P.C.
19 Fulton Street
Ste 406
New York, NY 10038

**Samuel P. Sporn**
Schoengold & Sporn, P.C.
19 Fulton Street
Ste 406
New York, NY 10038