UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HARMONIC, INC. SECURITIES LITIGATION<br>_____<br><br>This Document Relates to:<br><br>ALL ACTIONS.<br><br><br><br><br>_____/ | No. C-00-2287 PJH (EMC)<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR ENTRY OF PROTECTIVE ORDER**<br><br>**(Docket No. 258)** |

Having considered the parties' briefs and accompanying submissions, as well as the oral argument of counsel and the parties' letters of August 22, 2007, the Court hereby **GRANTS** Plaintiffs' motion for entry of a protective order.

///
///
///
///
///
///
///
///
///

The parties have resolved their dispute regarding the definition of "expert." Accordingly, the only issue remaining is whether Plaintiffs may show confidential documents produced by Defendants to former Harmonic employees. The Court concludes that confidential documents may be shown to former Harmonic employees whom Plaintiffs have a good-faith reasonable belief may have relevant information and who have signed the Agreement to Be Bound by Protective Order.

This order disposes of Docket No. 258.

IT IS SO ORDERED.

Dated: August ____, 2007

_____
EDWARD M. CHEN
United States Magistrate Judge