UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE HARMONIC, INC. SECURITIES LITIGATION
_____

This Document Relates to:

ALL ACTIONS.

_____/

No. C-00-2287 PJH (EMC)

**ORDER RE SECOND DEPOSITION OF CHARLES CONNER**

**(Docket Nos. 290-91)**

The issue before the Court is whether or not Defendants should be permitted to take a second deposition of a third-party witness Charles Conner. Under Rule 30(a)(2), "[a] party must obtain leave of court, and the court must grant leave to the extent consistent with Rule 26(b)(2) . . . if the parties have not stipulated to the deposition and . . . the deponent has already been deposed in the case . . . ." Fed. R. Civ. P. 30(a)(2)(A)(ii). Although a close call, Plaintiffs did not clearly stipulate to a second deposition of Mr. Conner. Accordingly, the question is whether a second deposition would be consistent with Rule 26(b)(2). The Court finds that Defendants have met this standard. Given, *inter alia*, the importance of the witness, the existence of documents about which the witness has not been questioned, and the magnitude of the case, the likely benefit of a second deposition outweighs any burden or expense. Indeed, there appears to be no burden to Mr. Conner because he has agreed to a second deposition. As for the burden on Plaintiffs, it is negligible, especially as the Court is ordering

1  Defendants to pay for the reasonable travel costs for Plaintiffs' counsel to attend the second deposition
2  in Denver, Colorado.
3        The Court therefore orders that a second deposition of Mr. Conner shall proceed.  The parties
4  should meet and confer as to the scheduling of the deposition.
5        This order disposes of Docket Nos. 290 and 291.
6        IT IS SO ORDERED.

8  Dated: December 14, 2007

                                              _____
                                              EDWARD M. CHEN
                                              United States Magistrate Judge