| | |
|---|---|
| 1 | COUGHLIN STOIA GELLER |
| |   RUDMAN & ROBBINS LLP |
| 2 | SHAWN A. WILLIAMS (213113) |
| | SYLVIA SUM (207511) |
| 3 | JASON C. DAVIS (253370) |
| | 100 Pine Street, Suite 2600 |
| 4 | San Francisco, CA 94111 |
| | Telephone: 415/288-4545 |
| 5 | 415/288-4534 (fax) |
| | shawnw@csgrr.com |
| 6 | ssum@csgrr.com |
| | jdavis@csgrr.com |
| 7 | |
| | BARRACK, RODOS & BACINE |
| 8 | STEPHEN R. BASSER (121590) |
| | SAMUEL M. WARD (216562) |
| 9 | JOHN L. HAEUSSLER (215044) |
| | 402 West Broadway, Suite 850 |
| 10 | San Diego, CA 92101 |
| | Telephone: 619/230-0800 |
| 11 | 619/230-1874 (fax) |
| | sbasser@barrack.com |
| 12 | sward@barrack.com |
| | jhaeussler@barrack.com |

SCHIFFRIN BARROWAY TOPAZ
  & KESSLER LLP
DAVID KESSLER
ANDREW ZIVITZ
MARK S. DANEK
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610/667-7706
610/667-7056 (fax)
dkessler@sbtklaw.com
azivitz@sbtklaw.com
mdanek@sbtklaw.com

SCHOENGOLD SPORN LAITMAN
  & LOMETTI, P.C.
SAMUEL P. SPORN
CHRISTOPHER LOMETTI
JAY P. SALTZMAN
19 Fulton Street, Suite 406
New York, NY 10038
Telephone: 212/964-0046
212/267-8137 (fax)
sporn@spornlaw.com
chris@spornlaw.com
jay@spornlaw.com

Counsel for Lead Plaintiff Robert Knollenberg

Co-Lead Counsel for Plaintiffs
[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re HARMONIC INC. SECURITIES LITIGATION | Master File No. C-00-2287-PJH(EMC) |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | STIPULATION AND [P~~ROPOS~~ED] ORDER EXTENDING BRIEFING SCHEDULE IN CONNECTION WITH DEFENDANTS' MOTION TO COMPEL RESPONSES TO REQUESTS FOR ADMISSION AND INTERROGATORIES |
|     ALL ACTIONS. | |

| | |
|---|---|
| 1 | WHEREAS, on October 5, 2007, defendant Harmonic Inc. served its First Set of Requests |
| 2 | for Admission to Lead Plaintiff Robert Knollenberg and Plaintiff Joseph Ivanich and defendants |
| 3 | served their Second Set of Interrogatories to Lead Plaintiff Robert Knollenberg and Plaintiff Joseph |
| 4 | Ivanich (collectively, "Defendants' RFAs and Interrogatories"); |
| 5 | WHEREAS, on November 12, 2007, lead plaintiff Robert Knollenberg and plaintiff Joseph |
| 6 | Ivanich (collectively, "Plaintiffs") responded and objected to Defendants' RFAs and Interrogatories; |
| 7 | WHEREAS, on November 20, 2007, counsel for the parties met and conferred in connection |
| 8 | with plaintiffs' responses and objections to Defendants' RFAs and Interrogatories; |
| 9 | WHEREAS, on December 5, 2007, defendants filed a Motion to Compel Responses to |
| 10 | Requests for Admission and Interrogatories (the "Motion to Compel"); |
| 11 | WHEREAS, pursuant to an Order dated December 6, 2008, Dkt. No. 288, the Court ordered |
| 12 | that any Opposition to the Motion to Compel should be filed by January 9, 2008; any Reply to such |
| 13 | Opposition should be filed by January 16, 2008; and a hearing on the Motion to Compel would be |
| 14 | held on January 30, 2008; and |
| 15 | WHEREAS, counsel for the parties believe further briefing and a hearing on the Motion to |
| 16 | Compel may become unnecessary, and that modifying the briefing and hearing schedule could result |
| 17 | in conservation of judicial resources; |
| 18 | IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, |
| 19 | that: |
| 20 | 1.     the time to file any Opposition to the Motion to Compel is extended to January 23, |
| 21 | 2008; |
| 22 | 2.     the time to file any Reply to an Opposition to the Motion to Compel is extended to |
| 23 | January 30, 2008; and |

1      3.     a hearing on the Motion to Compel would be held on February 6, 2008, or as soon thereafter as practicable.

DATED: January 8, 2008

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
SYLVIA SUM
JASON C. DAVIS

/s/
SHAWN A. WILLIAMS

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

BARRACK, RODOS & BACINE
STEPHEN R. BASSER
SAMUEL M. WARD
JOHN L. HAEUSSLER
402 West Broadway, Suite 850
San Diego, CA 92101
Telephone: 619/230-0800
619/230-1874 (fax)

SCHIFFRIN BARROWAY TOPAZ
  & KESSLER LLP
DAVID KESSLER
ANDREW ZIVITZ
MARK S. DANEK
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610/667-7706
610/667-7056 (fax)

Co-Lead Counsel for Plaintiffs

SCHOENGOLD SPORN LAITMAN
  & LOMETTI, P.C.
SAMUEL P. SPORN
CHRISTOPHER LOMETTI
JAY P. SALTZMAN
19 Fulton Street, Suite 406
New York, NY 10038
Telephone: 212/964-0046
212/267-8137 (fax)

Counsel for Lead Plaintiff Robert Knollenberg

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: January 8, 2008 | MORRISON & FOERSTER, LLP<br>D. ANTHONY RODRIGUEZ |
| 3 | | |

DATED: January 8, 2008                      MORRISON & FOERSTER, LLP
                                            D. ANTHONY RODRIGUEZ

                                            /s/
                                            D. ANTHONY RODRIGUEZ

                                            425 Market Street
                                            San Francisco, CA 94105-2482
                                            Telephone: 415/268-7000
                                            415/268-7522 (fax)

                                            Attorneys for Defendants

I, Shawn A. Williams, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE IN CONNECTION WITH DEFENDANTS' MOTION TO COMPEL RESPONSES TO REQUESTS FOR ADMISSION AND INTERROGATORIES. In compliance with General Order 45, X.B., I hereby attest that D. Anthony Rodriguez has concurred in this filing.

                                            /s/
                                            SHAWN A. WILLIAMS

                              *    *    *

**O R D E R**

Pursuant to the parties' foregoing STIPULATION AND AGREEMENT, the Court hereby adopts the proposed briefing schedule set forth therein: any Opposition to Defendants' Motion to Compel shall be filed by January 23, 2008; any Reply thereto shall be filed by January 30, 2008; and the hearing originally scheduled to occur on January 30, 2008 (Dkt. No. 288) is rescheduled to February 13, 2008. at 10:30 a.m.

IT IS SO ORDERED.

DATED: January 8, 2008 _____
                                            THE HON. EDWARD M. CHEN
                                            MAGISTRATE JUDGE

T:\CasesSF\Harmonic\STP00048268.doc

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION & [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE RE DEFS' MTC
RESPONSES TO REQUESTS FOR ADMISSION & INTERROGATORIES - C-00-2287-PJH(EMC)    - 3 -

# CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 8, 2008.

/s/
SHAWN A. WILLIAMS

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

E-mail: shawnw@csgrr.com

# Mailing Information for a Case 3:00-cv-02287-PJH

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Tammy Albarran**
  talbarran@mofo.com,mekas@mofo.com

- **Susan K. Alexander**
  SuziA@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Stephen R. Basser**
  sbasser@barrack.com,mgades@barrack.com,jhaeussler@barrack.com,gdiaz@barrack.com

- **Jerome F. Birn , Jr**
  jbirn@wsgr.com

- **Hanley Chew**
  hanley.chew@usdoj.gov,hanleychew@hotmail.com

- **Patrick J. Coughlin**
  PatC@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Mark S. Danek**
  mdanek@sbtklaw.com,dpotts@sbtklaw.com

- **Jason Cassidy Davis**
  jdavis@csgrr.com

- **Terri Garland**
  tgarland@mofo.com,edowney@mofo.com,tarmaz@mofo.com,bderuiter@mofo.com,clementine@

- **Melvin R. Goldman**
  mgoldman@mofo.com

- **Christopher T. Heffelfinger**
  cheffelfinger@bermanesq.com,ysoboleva@bermanesq.com

- **Kurt Hunciker**
  kurt.hunciker@spornlaw.com

- **Terry T. Johnson**
  tjohnson@wsgr.com,calendar@wsgr.com,lkerska@wsgr.com,mevenson@wsgr.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Sylvia Wahba Keller**
  sylviak@hbsslaw.com,nancyq@hbsslaw.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **Mia Ann. Mazza**
  mmazza@mofo.com,mnelson@mofo.com

- **Brandon H. Pace**
  brandonpace@paulhastings.com

- **Matthew Huntley Rice**
  lyan@mofo.com,mrice@mofo.com

- **Dana Anthony Rodriguez**
  drodriguez@mofo.com,rwright@mofo.com

- **Jay P. Saltzman**
  jay@spornlaw.com

- **Joseph J. Tabacco , Jr**
  jtabacco@bermanesq.com,ysoboleva@bermanesq.com

- **Shawn A. Williams**
  shawnw@csgrr.com,khuang@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com,cwood@csgr

- **Andrew L. Zivitz**
  azivitz@sbclasslaw.com,dpotts@sbclasslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Andrew L. Barroway
Schiffrin & Barroway LLP
280 King Of Prussia Road
Radnor, PA 19087

Edward M. Gergosian
Gergosian & Gralewski LLP
655 West Broadway
Suite 1410
San Diego, CA 92101

Robert I. Harwood
Harwood Feffer LLP
488 Madison Ave. 8th Floor
New York, NY 10022
```

**Corey D. Holzer**
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

**David Kessler**
Schiffrin & Barroway LLP
280 King Of Prussia Road
Radnor, PA 19087

**Christopher Lometti**
Schoengold & Sporn, P.C.
19 Fulton Street
Ste 406
New York, NY 10038

**Laura M. Perrone**
Law Offices of Laura M. Perrone PLLC
60 East 42nd Street
New York, NY 10165

**Samuel P. Sporn**
Schoengold & Sporn, P.C.
19 Fulton Street
Ste 406
New York, NY 10038