| | |
|---|---|
| COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>SHAWN A. WILLIAMS (213113)<br>SYLVIA SUM (207511)<br>JASON C. DAVIS (253370)<br>100 Pine Street, Suite 2600<br>San Francisco, CA 94111<br>Telephone: 415/288-4545<br>415/288-4534 (fax)<br>shawnw@csgrr.com<br>ssum@csgrr.com<br>jdavis@csgrr.com<br><br>BARRACK, RODOS & BACINE<br>STEPHEN R. BASSER (121590)<br>SAMUEL M. WARD (216562)<br>JOHN L. HAEUSSLER (215044)<br>402 West Broadway, Suite 850<br>San Diego, CA 92101<br>Telephone: 619/230-0800<br>619/230-1874 (fax)<br>sbasser@barrack.com<br>sward@barrack.com<br>jhaeussler@barrack.com<br><br>SCHIFFRIN BARROWAY TOPAZ<br>  & KESSLER LLP<br>DAVID KESSLER<br>ANDREW ZIVITZ<br>MARK S. DANEK<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Telephone: 610/667-7706<br>610/667-7056 (fax)<br>dkessler@sbtklaw.com<br>azivitz@sbtklaw.com<br>mdanek@sbtklaw.com<br><br>Co-Lead Counsel for Plaintiffs<br>[Additional counsel appear on signature page.] | SCHOENGOLD SPORN LAITMAN<br>  & LOMETTI, P.C.<br>SAMUEL P. SPORN<br>CHRISTOPHER LOMETTI<br>JAY P. SALTZMAN<br>19 Fulton Street, Suite 406<br>New York, NY 10038<br>Telephone: 212/964-0046<br>212/267-8137 (fax)<br>sporn@spornlaw.com<br>chris@spornlaw.com<br>jay@spornlaw.com<br><br>Counsel for Lead Plaintiff Robert<br>Knollenberg |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re HARMONIC INC. SECURITIES LITIGATION | ) Master File No. C-00-2287-PJH(EMC)<br>)<br>) CLASS ACTION<br>) |
| This Document Relates To:<br><br>    ALL ACTIONS. | ) ~~STIPULATION AND [PROPOSED]~~ ORDER<br>) REVISING PRETRIAL SCHEDULE<br>)<br>) |

WHEREAS, on January 26, 2007, the District Court established a pretrial schedule (Dkt. Nos. 186, 189) as follows:

1. January 16, 2008, expert disclosures;
2. February 13, 2008, non-expert discovery cutoff;
3. March 12, 2008, expert discovery cut-off;
4. April 16, 2008, dispositive motions heard;
5. July 10, 2008, pretrial conference; and
6. August 11, 2008, trial;

WHEREAS, the parties have conducted extensive discovery to date at considerable expense;

WHEREAS, the parties wish to streamline and minimize expenses in connection with remaining written discovery, motion practice, depositions and expert discovery; and

WHEREAS, the parties believe that revising the pretrial schedule to extend the expert disclosures deadline from January 16, 2008 to February 13, 2008, may result in the conservation of substantial resources of the parties and the Court;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by the parties and subject to the approval of the Court, that the expert disclosures deadline shall be extended to February 13, 2008.

DATED: January 15, 2008

COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
SYLVIA SUM
JASON C. DAVIS

/s Shawn A. Williams
SHAWN A. WILLIAMS

| | |
|---|---|
| 1 | |
| 2 | 100 Pine Street, Suite 2600<br>San Francisco, CA 94111<br>Telephone: 415/288-4545 |
| 3 | 415/288-4534 (fax) |
| 4 | COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP |
| 5 | 655 West Broadway, Suite 1900<br>San Diego, CA 92101 |
| 6 | Telephone: 619/231-1058<br>619/231-7423 (fax) |
| 7 | |
| 8 | BARRACK, RODOS & BACINE<br>STEPHEN R. BASSER<br>SAMUEL M. WARD |
| 9 | JOHN L. HAEUSSLER<br>402 West Broadway, Suite 850 |
| 10 | San Diego, CA 92101<br>Telephone: 619/230-0800 |
| 11 | 619/230-1874 (fax) |
| 12 | SCHIFFRIN BARROWAY TOPAZ<br>  & KESSLER LLP |
| 13 | DAVID KESSLER<br>ANDREW ZIVITZ |
| 14 | MARK S. DANEK<br>280 King of Prussia Road |
| 15 | Radnor, PA 19087<br>Telephone: 610/667-7706 |
| 16 | 610/667-7056 (fax) |
| 17 | Co-Lead Counsel for Plaintiffs |
| 18 | SCHOENGOLD SPORN LAITMAN<br>  & LOMETTI, P.C. |
| 19 | SAMUEL P. SPORN<br>CHRISTOPHER LOMETTI |
| 20 | JAY P. SALTZMAN<br>19 Fulton Street, Suite 406 |
| 21 | New York, NY 10038<br>Telephone: 212/964-0046 |
| 22 | 212/267-8137 (fax) |
| 23 | Counsel for Lead Plaintiff Robert Knollenberg |
| 24 | |
| 25 | DATED: January 15, 2008     MORRISON & FOERSTER, LLP<br>D. ANTHONY RODRIGUEZ<br>TERRI GARLAND |
| 26 | |
| 27 |             /s Terri Garland<br>            TERRI GARLAND |
| 28 | |

425 Market Street
San Francisco, CA 94105-2482
Telephone: 415/268-7000
415/268-7522 (fax)

Attorneys for Defendants

I, Shawn A. Williams, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER REVISING PRETRIAL SCHEDULE. In compliance with General Order 45, X.B., I hereby attest that Terri Garland has concurred in this filing.

      /s Shawn A. Williams
      SHAWN A. WILLIAMS

\*   \*   \*

**O R D E R**

The Court hereby adopts the parties' foregoing STIPULATION AND AGREEMENT. Expert disclosures shall be made on February 13, 2008.

IT IS SO ORDERED.

DATED: January 16, 2008

THE HONORABLE [ ... ]TON
UNITED STATES [ ... ] JUDGE

IT IS SO ORDERED
Judge Phyllis J. Hamilton

T:\CasesSF\Harmonic\STP00048298_rev2.doc

No other deadlines are being extended.

STIPULATION & [PROPOSED] ORDER REVISING PRETRIAL SCHED - C-00-2287-PJH(EMC)　- 3 -