| | |
|---|---|
| 1 | COUGHLIN STOIA GELLER |
| | RUDMAN & ROBBINS LLP |
| 2 | SHAWN A. WILLIAMS (213113) |
| | SYLVIA SUM (207511) |
| 3 | JASON C. DAVIS (253370) |
| | 100 Pine Street, Suite 2600 |
| 4 | San Francisco, CA 94111 |
| | Telephone: 415/288-4545 |
| 5 | 415/288-4534 (fax) |
| | shawnw@csgrr.com |
| 6 | ssum@csgrr.com |
| | jdavis@csgrr.com |

BARRACK, RODOS & BACINE
STEPHEN R. BASSER (121590)
SAMUEL M. WARD (216562)
JOHN L. HAEUSSLER (215044)
402 West Broadway, Suite 850
San Diego, CA 92101
Telephone: 619/230-0800
619/230-1874 (fax)
sbasser@barrack.com
sward@barrack.com
jhaeussler@barrack.com

| SCHIFFRIN BARROWAY TOPAZ | SCHOENGOLD SPORN LAITMAN |
| --- | --- |
| & KESSLER LLP | & LOMETTI, P.C. |
| DAVID KESSLER | SAMUEL P. SPORN |
| ANDREW ZIVITZ | CHRISTOPHER LOMETTI |
| MARK S. DANEK | JAY P. SALTZMAN |
| 280 King of Prussia Road | 19 Fulton Street, Suite 406 |
| Radnor, PA 19087 | New York, NY 10038 |
| Telephone: 610/667-7706 | Telephone: 212/964-0046 |
| 610/667-7056 (fax) | 212/267-8137 (fax) |
| dkessler@sbtklaw.com | sporn@spornlaw.com |
| azivitz@sbtklaw.com | chris@spornlaw.com |
| mdanek@sbtklaw.com | jay@spornlaw.com |
| Co-Lead Counsel for Plaintiffs | Counsel for Lead Plaintiff Robert Knollenberg |

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
| --- | --- |
| In re HARMONIC INC. SECURITIES LITIGATION | ) Master File No. C-00-2287-PJH(EMC) |
| | ) <u>CLASS ACTION</u> |
| This Document Relates To: | ) STIPULATION AND [P~~ROPO~~SED] ORDER EXTENDING BRIEFING SCHEDULE IN CONNECTION WITH DEFENDANTS' MOTION TO COMPEL RESPONSES TO REQUESTS FOR ADMISSION AND INTERROGATORIES |
| ALL ACTIONS. | |

1     WHEREAS, on January 8, 2008, the Court entered an Order (Dkt. No. 295) adopting the
parties' stipulated proposed revised briefing schedule regarding defendants' December 5, 2007 Motion
to Compel Responses to Requests for Admission and Interrogatories ("Motion to Compel"); and

    WHEREAS, counsel for the parties continue to believe further briefing and a hearing on the
Motion to Compel may become unnecessary, and that modifying the briefing and hearing schedule
could result in conservation of judicial resources and potentially eliminate the issue for the Court's
consideration;

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel,
that:

    1.     the time to file any Opposition to the Motion to Compel is extended to February 6, 2008;

    2.     the time to file any Reply to an Opposition to the Motion to Compel is extended to February 13, 2008; and

    3.     a hearing on the Motion to Compel would be held on February 20, 2008, or as soon thereafter as practicable.

DATED: January 22, 2008

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
SYLVIA SUM
JASON C. DAVIS

                  /s/
    SHAWN A. WILLIAMS

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

BARRACK, RODOS & BACINE

STIPULATION & [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE RE DEFS' MTC
RESPONSES TO REQUESTS FOR ADMISSION & INTERROGATORIES - C-00-2287-PJH(EMC)   - 1 -

| | |
|---|---|
| 1 | STEPHEN R. BASSER |
| | SAMUEL M. WARD |
| 2 | JOHN L. HAEUSSLER |
| | 402 West Broadway, Suite 850 |
| 3 | San Diego, CA 92101 |
| | Telephone: 619/230-0800 |
| 4 | 619/230-1874 (fax) |

SCHIFFRIN BARROWAY TOPAZ
 & KESSLER LLP
DAVID KESSLER
ANDREW ZIVITZ
MARK S. DANEK
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610/667-7706
610/667-7056 (fax)

Co-Lead Counsel for Plaintiffs

SCHOENGOLD SPORN LAITMAN
 & LOMETTI, P.C.
SAMUEL P. SPORN
CHRISTOPHER LOMETTI
JAY P. SALTZMAN
19 Fulton Street, Suite 406
New York, NY 10038
Telephone: 212/964-0046
212/267-8137 (fax)

Counsel for Lead Plaintiff Robert Knollenberg

DATED: January 22, 2008          MORRISON & FOERSTER, LLP
                                 D. ANTHONY RODRIGUEZ

                                        /s/
                                 D. ANTHONY RODRIGUEZ

425 Market Street
San Francisco, CA 94105-2482
Telephone: 415/268-7000
415/268-7522 (fax)

Attorneys for Defendants

I, Shawn A. Williams, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE IN CONNECTION WITH DEFENDANTS' MOTION TO COMPEL RESPONSES TO REQUESTS FOR ADMISSION AND INTERROGATORIES. In compliance with General Order 45, X.B., I hereby attest that D. Anthony Rodriguez has concurred in this filing.

                                        /s/
                                 SHAWN A. WILLIAMS

STIPULATION & [PRO~~POSED~~] ORDER EXTENDING BRIEFING SCHEDULE RE DEFS' MTC
RESPONSES TO REQUESTS FOR ADMISSION & INTERROGATORIES - C-00-2287-PJH(EMC)    - 2 -

* * *

**O R D E R**

Pursuant to the parties' foregoing STIPULATION AND AGREEMENT, the Court hereby adopts the proposed briefing schedule set forth therein: any Opposition to Defendants' Motion to Compel shall be filed by February 6, 2008; any Reply thereto shall be filed by February 13, 2008; and the hearing previously scheduled to occur on February 13, 2008 (Dkt. No. 295) is rescheduled to February 27, 2008.

IT IS SO ORDERED.

DATED: January 23, 2008

THE HONORABLE EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE



IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

T:\CasesSF\Harmonic\STP00048624.doc

STIPULATION & [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE RE DEFS' MTC
RESPONSES TO REQUESTS FOR ADMISSION & INTERROGATORIES - C-00-2287-PJH(EMC)  - 3 -

| | |
|---|---|
| 1 | <u>CERTIFICATE OF SERVICE</u> |
| 2 | I hereby certify that on January 22, 2008, I electronically filed the foregoing with the Clerk |
| 3 | of the Court using the CM/ECF system which will send notification of such filing to the e-mail |
| 4 | addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have |
| 5 | mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF |
| 6 | participants indicated on the attached Manual Notice List. |
| 7 | I certify under penalty of perjury under the laws of the United States of America that the |
| 8 | foregoing is true and correct. Executed on January 22, 2008. |

/s/
SHAWN A. WILLIAMS

COUGHLIN STOIA GELLER
　　RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

E-mail: shawnw@csgrr.com

# Mailing Information for a Case 3:00-cv-02287-PJH

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Tammy Albarran**
  talbarran@mofo.com,mekas@mofo.com

- **Susan K. Alexander**
  SuziA@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Stephen R. Basser**
  sbasser@barrack.com,mgades@barrack.com,jhaeussler@barrack.com,gdiaz@barrac

- **Jerome F. Birn , Jr**
  jbirn@wsgr.com

- **Hanley Chew**
  hanley.chew@usdoj.gov,hanleychew@hotmail.com

- **Patrick J. Coughlin**
  PatC@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Mark S. Danek**
  mdanek@sbtklaw.com,dpotts@sbtklaw.com

- **Jason Cassidy Davis**
  jdavis@csgrr.com

- **Terri Garland**
  tgarland@mofo.com,vviray@mofo.com,edowney@mofo.com,tarmaz@mofo.com,bo

- **Melvin R. Goldman**
  mgoldman@mofo.com

- **Christopher T. Heffelfinger**
  cheffelfinger@bermanesq.com,ysoboleva@bermanesq.com

- **Kurt Hunciker**
  kurt.hunciker@spornlaw.com

- **Terry T. Johnson**
  tjohnson@wsgr.com,calendar@wsgr.com,lkerska@wsgr.com,mevenson@wsgr.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Sylvia Wahba Keller**
  sylviak@hbsslaw.com,nancyq@hbsslaw.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **Mia Ann. Mazza**
  mmazza@mofo.com,mnelson@mofo.com

- **Brandon H. Pace**
  brandonpace@paulhastings.com

- **Matthew Huntley Rice**
  lyan@mofo.com,mrice@mofo.com

- **Dana Anthony Rodriguez**
  drodriguez@mofo.com,rwright@mofo.com

- **Jay P. Saltzman**
  jay@spornlaw.com

- **Joseph J. Tabacco , Jr**
  jtabacco@bermanesq.com,ysoboleva@bermanesq.com

- **Shawn A. Williams**
  shawnw@csgrr.com,khuang@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com

- **Andrew L. Zivitz**
  azivitz@sbclasslaw.com,dpotts@sbclasslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Andrew L. Barroway
Schiffrin & Barroway LLP
```

280 King Of Prussia Road
Radnor, PA 19087

**Edward M. Gergosian**
Gergosian & Gralewski LLP
655 West Broadway
Suite 1410
San Diego, CA 92101

**Robert I. Harwood**
Harwood Feffer LLP
488 Madison Ave. 8th Floor
New York, NY 10022

**Corey D. Holzer**
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

**David Kessler**
Schiffrin & Barroway LLP
280 King Of Prussia Road
Radnor, PA 19087

**Christopher Lometti**
Schoengold & Sporn, P.C.
19 Fulton Street
Ste 406
New York, NY 10038

**Laura M. Perrone**
Law Offices of Laura M. Perrone PLLC
60 East 42nd Street
New York, NY 10165

**Samuel P. Sporn**
Schoengold & Sporn, P.C.
19 Fulton Street
Ste 406
New York, NY 10038