1  COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  SHAWN A. WILLIAMS (213113)
   SYLVIA SUM (207511)
3  JASON C. DAVIS (253370)
   100 Pine Street, Suite 2600
4  San Francisco, CA  94111
   Telephone: 415/288-4545
5  415/288-4534 (fax)
   shawnw@csgrr.com
6  ssum@csgrr.com
   jdavis@csgrr.com
7
   BARRACK, RODOS & BACINE
8  STEPHEN R. BASSER (121590)
   SAMUEL M. WARD (216562)
9  JOHN L. HAEUSSLER (215044)
   402 West Broadway, Suite 850
10 San Diego, CA  92101
   Telephone:  619/230-0800
11 619/230-1874 (fax)
   sbasser@barrack.com
12 sward@barrack.com
   jhaeussler@barrack.com
13
   SCHIFFRIN BARROWAY TOPAZ
14   & KESSLER LLP
   DAVID KESSLER
15 ANDREW ZIVITZ
   MARK S. DANEK
16 280 King of Prussia Road
   Radnor, PA  19087
17 Telephone:  610/667-7706
   610/667-7056 (fax)
18 dkessler@sbtklaw.com
   azivitz@sbtklaw.com
19 mdanek@sbtklaw.com

20 Co-Lead Counsel for Plaintiffs
   [Additional counsel appear on signature page.]

SCHOENGOLD SPORN LAITMAN
   & LOMETTI, P.C.
SAMUEL P. SPORN
CHRISTOPHER LOMETTI
JAY P. SALTZMAN
19 Fulton Street, Suite 406
New York, NY  10038
Telephone:  212/964-0046
212/267-8137 (fax)
sporn@spornlaw.com
chris@spornlaw.com
jay@spornlaw.com

Counsel for Lead Plaintiff Robert Knollenberg

21

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re HARMONIC INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>    ALL ACTIONS. | Master File No. C-00-2287-PJH(EMC)<br><br>CLASS ACTION<br><br>STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING BRIEFING SCHEDULE IN CONNECTION WITH SETTLEMENT PAPERS |

1      WHEREAS, On March 19, 2008, counsel for defendants Harmonic Inc., *et al.*, with the
2 approval of lead counsel for plaintiffs, submitted a letter to the Court (Dkt. No. 301), advising the
3 Court that the parties had reached a tentative settlement of all claims in the above-referenced action;

4      WHEREAS, the March 19, 2008 letter also advised the Court that the parties anticipated
5 filing a stipulation of settlement and settlement related documents ("Settlement Papers") on or before
6 May 19, 2008;

7      WHEREAS, the parties have been working diligently, but have not yet completed all of the
8 Settlement Papers;

9      WHEREAS, the parties have agreed, subject to the approval of the Court, to extend to June 2,
10 2008, the date by which they will have completed and submitted the Settlement Papers to the Court;

11      WHEREAS, the agreed-upon schedule is not for the purpose of delay, promotes judicial
12 efficiency, and will not cause prejudice to any party;

13      THEREFORE, IT IS HEREBY STIPULATED AND AGREED by plaintiffs and defendants,
14 through their respective counsel of record subject to approval of the Court as follows:

15      The date by which the parties shall have Settlement Papers on file with the Court shall be
16 extended to June 2, 2008.

17 DATED:  May 14, 2008                          COUGHLIN STOIA GELLER
                                                  RUDMAN & ROBBINS LLP
18                                              SHAWN A. WILLIAMS
                                                SYLVIA SUM
19                                              JASON C. DAVIS

20

21                                                          /s/
                                                  SHAWN A. WILLIAMS
22

23                                              100 Pine Street, Suite 2600
                                                San Francisco, CA  94111
                                                Telephone: 415/288-4545
24                                              415/288-4534 (fax)

25

26

27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE
IN CONNECTION WITH SETTLEMENT PAPERS - C-00-2287-PJH(EMC)                                    - 1 -

| | |
|---|---|
| 1 | |
| 2 | COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP |
| 3 | 655 West Broadway, Suite 1900<br>San Diego, CA  92101 |
| 4 | Telephone:  619/231-1058<br>619/231-7423 (fax) |
| 5 | BARRACK, RODOS & BACINE |
| 6 | STEPHEN R. BASSER<br>SAMUEL M. WARD |
| 7 | JOHN L. HAEUSSLER<br>402 West Broadway, Suite 850 |
| 8 | San Diego, CA  92101<br>Telephone:  619/230-0800 |
| 9 | 619/230-1874 (fax) |
| 10 | SCHIFFRIN BARROWAY TOPAZ<br>  & KESSLER LLP |
| 11 | DAVID KESSLER<br>ANDREW ZIVITZ |
| 12 | MARK S. DANEK<br>280 King of Prussia Road |
| 13 | Radnor, PA  19087<br>Telephone:  610/667-7706 |
| 14 | 610/667-7056 (fax) |
| 15 | Co-Lead Counsel for Plaintiffs |
| 16 | SCHOENGOLD SPORN LAITMAN<br>  & LOMETTI, P.C. |
| 17 | SAMUEL P. SPORN<br>CHRISTOPHER LOMETTI |
| 18 | JAY P. SALTZMAN<br>19 Fulton Street, Suite 406 |
| 19 | New York, NY  10038<br>Telephone:  212/964-0046 |
| 20 | 212/267-8137 (fax) |
| 21 | Counsel for Lead Plaintiff Robert Knollenberg |
| 22 | DATED:  May 14, 2008     MORRISON & FOERSTER LLP |
| 23 | MELVIN R. GOLDMAN<br>TERRI GARLAND |
| 24 | D. ANTHONY RODRIGUEZ |
| 25 | |
| 26 |                 /s/<br>TERRI GARLAND |
| 27 | |
| 28 | |

STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE
IN CONNECTION WITH SETTLEMENT PAPERS - C-00-2287-PJH(EMC)          - 2 -

425 Market Street
San Francisco, CA 94105-2482
Telephone: 415/268-7000
415/268-7522 (fax)

Attorneys for Defendants

I, Shawn A. Williams, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE IN CONNECTION WITH SETTLEMENT PAPERS.  In compliance with General Order 45, X.B., I hereby attest that Terri Garland has concurred in this filing.

/s/
SHAWN A. WILLIAMS

\*   \*   \*

**O R D E R**

Pursuant to the parties' foregoing STIPULATION AND AGREEMENT and the letter to the Court of March 19, 2008 (Dkt. No. 301) concerning a tentative settlement reached by the parties, the Court hereby extends the time for filing the Settlement Papers two weeks to June 2, 2008.

IT IS SO ORDERED.

DATED: 5/16/08

THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Phyllis J. Hamilton

T:\CasesSF\Harmonic\STP00051273.doc

STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE
IN CONNECTION WITH SETTLEMENT PAPERS - C-00-2287-PJH(EMC)     - 3 -

CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 14, 2008.

/s/
SHAWN A. WILLIAMS

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
E-mail: shawnw@csgrr.com

# Mailing Information for a Case 3:00-cv-02287-PJH

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Tammy Albarran**
  talbarran@mofo.com,mekas@mofo.com

- **Susan K. Alexander**
  SuziA@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Stephen R. Basser**
  sbasser@barrack.com,mgades@barrack.com,jhaeussler@barrack.com,cfessia@barra

- **Jerome F. Birn , Jr**
  jbirn@wsgr.com

- **Hanley Chew**
  hanley.chew@usdoj.gov,hanleychew@hotmail.com

- **Patrick J. Coughlin**
  PatC@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Mark S. Danek**
  mdanek@sbtklaw.com,dpotts@sbtklaw.com

- **Jason Cassidy Davis**
  jdavis@csgrr.com

- **Terri Garland**
  tgarland@mofo.com,vviray@mofo.com,edowney@mofo.com,tarmaz@mofo.com,bo

- **Melvin R. Goldman**
  mgoldman@mofo.com

- **Christopher T. Heffelfinger**
  cheffelfinger@bermanesq.com,ysoboleva@bermanesq.com

- **Kurt Hunciker**
  kurt.hunciker@spornlaw.com

- **Terry T. Johnson**
  tjohnson@wsgr.com,calendar@wsgr.com,lkerska@wsgr.com,mevenson@wsgr.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Sylvia Wahba Keller**
  sylviak@hbsslaw.com,nancyq@hbsslaw.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **Mia Ann. Mazza**
  mmazza@mofo.com,mnelson@mofo.com

- **Brandon H. Pace**
  brandonpace@paulhastings.com

- **Matthew Huntley Rice**
  lyan@mofo.com,mrice@mofo.com

- **Dana Anthony Rodriguez**
  drodriguez@mofo.com,rwright@mofo.com

- **Jay P. Saltzman**
  jay@spornlaw.com

- **Joseph J. Tabacco , Jr**
  jtabacco@bermanesq.com,ysoboleva@bermanesq.com

- **Shawn A. Williams**
  shawnw@csgrr.com,travisd@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com

- **Andrew L. Zivitz**
  azivitz@sbclasslaw.com,dpotts@sbclasslaw.com

# Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Andrew L. Barroway
Schiffrin & Barroway LLP
```

280 King Of Prussia Road
Radnor, PA 19087

**Edward M. Gergosian**
Gergosian & Gralewski LLP
655 West Broadway
Suite 1410
San Diego, CA 92101

**Robert I. Harwood**
Harwood Feffer LLP
488 Madison Ave. 8th Floor
New York, NY 10022

**Corey D. Holzer**
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

**David Kessler**
Schiffrin & Barroway LLP
280 King Of Prussia Road
Radnor, PA 19087

**Christopher Lometti**
Schoengold & Sporn, P.C.
19 Fulton Street
Ste 406
New York, NY 10038

**Laura M. Perrone**
Law Offices of Laura M. Perrone PLLC
60 East 42nd Street
New York, NY 10165

**Samuel P. Sporn**
Schoengold & Sporn, P.C.
19 Fulton Street
Ste 406
New York, NY 10038