1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9

| | | |
|---|---|---|
| In re HARMONIC INC. SECURITIES LITIGATION | ) ) ) | Master File No. C-00-2287-PJH(EMC) |
| | ) | CLASS ACTION |
| This Document Relates To: | ) ) | [PROPOSED] ORDER APPROVING PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS |
| ALL ACTIONS. | ) ) ) | |

10

11

12

13

DATE:        October 29, 2008
TIME:           9:00 a.m.
COURTROOM:   3.   The Honorable
                          Phyllis J. Hamilton

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

This matter having come before the Court on October 29, 2008, on Class Representatives' motion for approval of the Plan of Allocation of the settlement proceeds in the above-captioned action; the Court having considered all papers filed and proceedings had herein and otherwise being fully informed in the premises;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. For purposes of this Order, the terms used herein shall have the meanings as set forth in the Stipulation and Agreement of Settlement dated as of March 17, 2008 (the "Stipulation"), and filed with the Court.

2. Pursuant to and in full compliance with Rule 23 of the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice was directed to all Persons who are Class Members who could be identified with reasonable effort, advising them of the Plan of Allocation and of their right to object thereto, and a full and fair opportunity was accorded to all Persons and entities who are Class Members to be heard with respect to the Plan of Allocation.

3. The Court finds and concludes that the formula for the calculation of the claims of Authorized Claimants which is set forth in the Notice of Pendency and Proposed Settlement of Class Action (the "Notice") sent to Class Members, provides a fair and reasonable basis upon which to allocate the proceeds of the Settlement Fund established by the Stipulation among the Class Members, with due consideration having been given to administrative convenience and necessity. This Court finds and concludes that the Plan of Allocation, as set forth in the Notice, is, in all respects, fair and reasonable and the Court approves the Plan of Allocation.

IT IS SO ORDERED.

DATED:  10/29/08



THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED

Judge Phyllis J. Hamilton

[PROPOSED] ORDER APPROVING PLAN OF ALLOCATION OF SETTLEMENT
PROCEEDS - C-00-2287-PJH(EMC)

- 1 -

1   Submitted by:

2   COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
3   SHAWN A. WILLIAMS
    JASON C. DAVIS

4

5
              s/ Shawn A. Williams
6             SHAWN A. WILLIAMS

7   100 Pine Street, Suite 2600
    San Francisco, CA 94111
8   Telephone: 415/288-4545
    415/288-4534 (fax)
9
    COUGHLIN STOIA GELLER
10     RUDMAN & ROBBINS LLP
    KEITH F. PARK
11  655 West Broadway, Suite 1900
    San Diego, CA 92101
12  Telephone: 619/231-1058
    619/231-7423 (fax)
13
    BARRACK, RODOS & BACINE
14  STEPHEN R. BASSER
    SAMUEL M. WARD
15  402 West Broadway, Suite 850
    San Diego, CA 92101
16  Telephone: 619/230-0800
    619/230-1874 (fax)
17
    SCHIFFRIN BARROWAY TOPAZ
18     & KESSLER, LLP
    DAVID KESSLER
19  ANDREW ZIVITZ
    MARK S. DANEK
20  280 King of Prussia Road
    Radnor, PA 19087
21  Telephone: 610/667-7706
    610/667-7056 (fax)
22
    Co-Lead Counsel for Plaintiffs
23

24

25

26

27

28
    [PROPOSED] ORDER APPROVING PLAN OF ALLOCATION OF SETTLEMENT
    PROCEEDS - C-00-2287-PJH(EMC)                                          - 2 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SCHOENGOLD SPORN LAITMAN
    & LOMETTI, P.C.
SAMUEL P. SPORN
CHRISTOPHER LOMETTI
JAY P. SALTZMAN
19 Fulton Street, Suite 406
New York, NY  10038
Telephone:  212/964-0046
212/267-8137 (fax)

Counsel for Lead Plaintiff Robert
Knollenberg and Co-Lead Counsel for
Plaintiffs

S:\Settlement\Harmonic.set\ORD ALLOCATION 00054874.doc

[PROPOSED] ORDER APPROVING PLAN OF ALLOCATION OF SETTLEMENT
PROCEEDS - C-00-2287-PJH(EMC)                                                                              - 3 -

1

## CERTIFICATE OF SERVICE

2       I hereby certify that on October 15, 2008, I electronically filed the foregoing with the Clerk

3   of the Court using the CM/ECF system which will send notification of such filing to the e-mail

4   addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5   mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6   participants indicated on the attached Manual Notice List.

7       I further certify that I caused this document to be forwarded to the following designated

8   Internet site at:  http://securities.csgrr.com/.

9       I certify under penalty of perjury under the laws of the United States of America that the

10   foregoing is true and correct.  Executed on October 15, 2008.

11

12                                 s/ Shawn A. Williams
                                  SHAWN A. WILLIAMS

13                                 COUGHLIN STOIA GELLER
                                  RUDMAN & ROBBINS LLP
14                                 100 Pine Street, 26th Floor
                                  San Francisco, CA  94111
15                                 Telephone: 415/288-4545
                                  415/288-4534 (fax)
16                                 E-mail:ShawnW@csgrr.com

17

18

19

20

21

22

23

24

25

26

27

28

## Mailing Information for a Case 3:00-cv-02287-PJH

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Tammy Albarran**
  talbarran@cov.com,mcanalita@cov.com

- **Susan K. Alexander**
  SuziA@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Stephen R. Basser**
  sbasser@barrack.com,jhaeussler@barrack.com,cfessia@barrack.com

- **Jerome F. Birn , Jr**
  jbirn@wsgr.com

- **Hanley Chew**
  hanley.chew@usdoj.gov,hanleychew@hotmail.com

- **Patrick J. Coughlin**
  PatC@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Mark S. Danek**
  mdanek@sbtklaw.com,dpotts@sbtklaw.com

- **Jason Cassidy Davis**
  jdavis@csgrr.com

- **Terri Garland**
  tgarland@mofo.com,vviray@mofo.com,edowney@mofo.com,tarmaz@mofo.com,bderuiter@mofo.com,clementine@mofo.com

- **Melvin R. Goldman**
  mgoldman@mofo.com

- **Christopher T. Heffelfinger**
  cheffelfinger@bermanesq.com,ysoboleva@bermanesq.com

- **Kurt Hunciker**
  kurt.hunciker@spornlaw.com

- **Terry T. Johnson**
  tjohnson@wsgr.com,calendar@wsgr.com,lkerska@wsgr.com,mevenson@wsgr.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Sylvia Wahba Keller**
  sylviak@hbsslaw.com,nancyq@hbsslaw.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **Mia Ann. Mazza**
  mmazza@mofo.com,mnelson@mofo.com

- **Brandon H. Pace**
  brandonpace@paulhastings.com

- **Matthew Huntley Rice**
  lyan@mofo.com,mrice@mofo.com

- **Dana Anthony Rodriguez**
  drodriguez@mofo.com,rwright@mofo.com

- **Jay P. Saltzman**
  jay@spornlaw.com

- **Joseph J. Tabacco , Jr**
  jtabacco@bermanesq.com,ysoboleva@bermanesq.com

- **Shawn A. Williams**
  shawnw@csgrr.com,travisd@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sd@csgrr.com,aelishb@csgrr.com

- **Andrew L. Zivitz**
  azivitz@sbclasslaw.com,dpotts@sbclasslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Andrew L. Barroway**
Schiffrin & Barroway LLP
280 King Of Prussia Road
Radnor, PA 19087

**Edward M. Gergosian**
Gergosian & Gralewski LLP
655 West Broadway
Suite 1410
San Diego, CA 92101

**Robert I. Harwood**
Harwood Feffer LLP
488 Madison Ave. 8th Floor
New York, NY 10022

**Corey D. Holzer**
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

**David Kessler**
Schiffrin & Barroway LLP
280 King Of Prussia Road
Radnor, PA 19087

**Christopher Lometti**
Schoengold & Sporn, P.C.
19 Fulton Street
Ste 406
New York, NY 10038

**Laura M. Perrone**
Law Offices of Laura M. Perrone PLLC
60 East 42nd Street
New York, NY 10165

**Samuel P. Sporn**
Schoengold & Sporn, P.C.
19 Fulton Street
Ste 406
New York, NY 10038